# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand and fourteen,

_____

Cedar Petrochemicals, Inc.,                                         **ORDER**
                                                                                         Docket No. 14-2752

Plaintiff-Appellant-Cross-Appellee,                   14-2890

v.

Dongbu Hannong Chemical Co., Ltd.,

       Defendant-Cross-Claimant-Appellee-Cross-Apellant,

Kumho P&B Chemicals, Inc.,

       Defendant-Cross-Defendant-Appellee.

_____

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

                                                                                     For The Court:

                                                                                     Catherine O'Hagan Wolfe,
                                                                                     Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/07/2014